UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
FEB 10 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

SAIED EMAMI,

    Plaintiff,

v.                      ACTION NO. 2:15cv34

CHARLES F. BOLDEN, JR.,
In his official capacity as
Administrator,
National Aeronautics and
Space Administration,

and

KENNETH E. ROCK,
Individually,

    Defendants.

### ORDER

This matter comes before the court on the "Motion for Extension of Time to Answer Amended Complaint, and Request the Court Set Aside Default as to Rock" ("Motion"), and accompanying Memorandum in Support, filed by Defendant Charles F. Bolden, Jr., on February 9, 2016. ECF Nos. 22, 23. On the same day, the Plaintiff filed a Response objecting to the Motion, ECF No. 24, as well as a Motion for Default Judgment. ECF No. 25.

For good cause shown, the court **LIFTS** the Clerk's entry of default[1] and **GRANTS** an extension until March 1, 2016, to answer

---

[1] Since the Plaintiff gave a Roseboro notice to Defendant Kenneth E. Rock that provides him with twenty-one (21) days from February 8, 2016, to respond to the Plaintiff's request for

the Amended Complaint. The Plaintiff's Motion for Default Judgment is now **MOOT**, but can be refiled depending upon Defendant Kenneth E. Rock's response, scheduled to be filed March 1, 2016.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the parties who have appeared, and to Defendant Kenneth E. Rock.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief Judge

_____
REBECCA BEACH SMITH
CHIEF JUDGE

February 10, 2016

---

entry of default, the Plaintiff will not be prejudiced by this order. See ECF No. 21.

2